```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE LUIS LORETO-GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00394 LJO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) ) | ORDER THEREON |
| JOSE LUIS LORETO-GONZALEZ, | ) ) | Date : April 23, 2010 |
| Defendant. | ) ) | Time: 9:00 a.m. Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for March 19, 2010, **may be continued to April 23, 2010, at 9:00 a.m.**

The purpose of the requested continuance is for further plea negotiation and defense preparation. A pre-plea worksheet was submitted to probation on March 11, 2010, and the parties are awaiting completion of a pre-plea PSR for the purpose of attempting to resolve the case. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 16, 2010         /s/ Susan Phan
                              SUSAN PHAN
                              Assistant United States Attorney
                              Attorney for Plaintiff


                              DANIEL J. BRODERICK
                              Federal Defender

DATED: March 16, 2010         /s/ Marc Days
                              MARC DAYS
                              Assistant Federal Defender
                              Attorney for Defendant
                              JOSE LUIS LORETO-GONZALEZ

## **O R D E R**

The request for continuance is granted. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 16, 2010**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order Thereon                    2